### MULLIN v CLAREMONT REALTY CO

Ohio Appeals, 1st Dist, Hamilton Co
Decided Dec 15, 1930

For full opinion see 177 NE 226; 34 O L R 334; 39 Oh Ap 103 (Oh Bar 9-29-31).